UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALAN J. MANTYLA,

    Plaintiff,

v.                                              Case No. 2:06-cv-273
                                                  CONSENT CASE

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED and plaintiff's request for supplemental security income benefits is DENIED.

                                                      /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:  March 18, 2008